**STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT**

James E. Christie Jr., Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C., (hereinafter the "affiant") being duly sworn, deposes and states as follows:

**INTRODUCTION**

1.  Your affiant is "a federal law enforcement officer" within the meaning of Rule 41(a) (2) (C) of the Federal Rules of Criminal Procedure, that is, a government agent who is engaged in enforcing the criminal laws and who is in a category of officers authorized by the Attorney General to request an arrest warrant.  I am a duly appointed Special Agent of the Federal Bureau of Investigation (FBI) and have been employed as such since August, 1999.  I am currently assigned to a squad which investigates Violent Crimes out of the FBI's Violent Crimes Task Force of the Washington, D.C. Field Office of the FBI and I have been assigned to this squad since October, 2008.  Prior to being appointed to the FBI, I served as a Philadelphia Police Officer for one year and as a Pennsylvania State Police Trooper for three years as a patrol Trooper and a criminal investigator.  During the course of my participation in the investigations of violent crimes, I have testified in Grand Jury proceedings and at probable cause and detention hearings.  Through my employment with the FBI, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, consensually monitored recordings, investigative interviews, trash covers, financial investigations, the service of Administrative and Grand Jury Subpoenas, analyzing telephone pen register and caller identification system data, conducting court-authorized electronic surveillance and the execution of search and arrest warrants.  Through instruction and participation in investigations, I have become familiar with

the manner in which criminal offenders conduct their illegal business and the methods, language, and terms that are used to disguise conversations about their activities.

## GENERAL BACKGROUND

2.    This affidavit is based, in part, upon witness interviews and my review of surveillance photographs. Since this affidavit is being submitted for the limited purpose of obtaining arrest warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of these arrest warrants.

3.    As a result of my personal participation in this investigation, I am familiar with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts show there is probable cause to believe **ALEX ALEXANDER**, **ALVIN ALEXANDER**, and **ALLANTE ALEXANDER**, committed a violation of Title 18, United States Code, Section 2113 (Bank Robbery).

## THE INVESTIGATION

4.    On May 15, 2014, at approximately 10:30 a.m., three black males (hereinafter Subject 1, Subject 2, and Subject 3) entered the Colombo Bank located at XXX XXX XXXXX XX., Washington, D.C. XXXXX. Colombo Bank is insured by the Federal Deposit Insurance Corporation (FDIC). Subject 1 was carrying a black backpack and wearing an aqua blue baseball cap with the letters "DC" and a dark colored jacket and shirt. Subject 2 was wearing a black jacket with a white stripe and a hood. Subject 3 was wearing dark colored jacket and stood near the entrance, believed to be acting as a "look out". Subject 1 and Subject 2 approached the teller counter. The Victim Teller recognized the Subjects upon entering the bank, as being the

same individuals who entered the bank earlier in the week acting in a suspicious manner. The Victim Teller also recognized the subjects were about to rob the bank based on their suspicious behavior earlier in the week and their heavy winter clothing. The Victim Teller immediately began activating the bank's silent alarm to notify law enforcement.

5.      Subject 1 passed a demand note to the Victim Teller and placed the black backpack on the counter. Subject 2 reached into his waistband as if he was reaching for a weapon. The Victim Teller read the demand note and it stated, "Empty Drawer Fast or Everybody Dies!!!" The Victim Teller began placing United States currency from his cash drawer into the backpack, along with a dye pack. At this time, Subject 3 began shouting "Let's go! Let's go! They got us!" Immediately thereafter, Subject 1 turned away from the teller counter and began heading towards the entrance door. Subject 2 grabbed the black backpack and fled the bank with Subjects 1 and 3.

6.      Upon exiting the bank, the Subjects fled on foot heading north on 9th Street to the parking lot of a BP Gas station located at XXXX XXX XXXXX, XX., Washington, D.C. XXXXX. At some point, the dye pack exploded and red smoke discharged from the black backpack. The black backpack was dropped at the BP Gas station next to gas pump number 8. All three Subjects entered a red compact vehicle, which was parked at the BP Gas station next to pump number 8, and fled the area.

7.      Upon arrival of law enforcement, the black backpack was recovered from the BP Gas station. Recovered from inside the backpack was $780 in United States currency which was red dye stained. Representatives from Colombo Bank conducted a cash count of the Victim Teller's drawer and determined $800 in United States currency was stolen during the robbery.

8. A review of surveillance video from a nearby business further revealed approximately ten minutes prior to the robbery, Subjects 1, 2 and 3, were captured walking on 9th Street in the vicinity of Colombo Bank and the BP Gas station. The surveillance video also captured the Subjects entering a red compact Chevrolet vehicle which was parked on 9th Street in front of the BP Gas station.

9. Interviews of the Victim Teller and a Colombo Bank employee (hereinafter Employee 1) also revealed that three black males matching the ages and physical descriptions of Subjects 1, 2 and 3 had entered the Colombo Bank branch earlier that week on May 12, 2014. Employee 1 described the actions of the Subjects as being suspicious and believed two of the Subjects looked in appearance like brothers.

10. Surveillance photographs of all three Subjects from inside the Colombo Bank on May 12, 2014 were released to the media. The local television news stations displayed the surveillance photographs of the Subjects on the evening news on May 15, 2014. Subsequently, information was developed that a witness (hereafter Witness 1) knew all three Subjects from the Colombo Bank robbery.

11. On May 17, 2014, Witness 1 was interviewed by Detectives with the Washington, D.C. Metropolitan Police Department. Detectives displayed the surveillance photographs from May 12, 2014 to Witness 1. Upon reviewing the photographs, Witness 1 identified the individuals in the photographs as **ALEX ALEXANDER**, **ALVIN ALEXANDER**, and **ALLANTE ALEXANDER**. Witness 1 advised that all three individuals are brothers and he has known them since they were born.

12. On May 19, 2014, the Victim Teller reviewed surveillance photographs from inside Colombo Bank taken on May 12, 2014. The Victim Teller identified the three individuals

in the surveillance photographs as the same three Subjects that entered the bank earlier in the week of the robbery and were acting suspicious. The Victim Teller also identified the individuals as the same Subjects who robbed the bank on May 15, 2014.

13. A review of public source databases determined ALLESHA ALEXANDER is a family member of **ALEX ALEXNADER**, **ALVIN ALEXANDER**, and **ALLANTE ALEXANDER**.

14. A check of District of Columbia's Department of Motor Vehicles revealed a 2015 Chevrolet Spark (a compact vehicle), Vehicle Identification Number XXXXXXXXXXXXXXXXX, bearing registration plate XX-XXXX is registered to ALLESHA ALEXANDER..

15. A check of a public source databases determined the vehicle was purchased at Oursman Chevrolet in Bowie, Maryland. A representative of Oursman Chevrolet was contacted on May 19, 2014 and confirmed the vehicle with Vehicle Identification Number XXXXXXXXXXXXXXXXX was sold from their dealership and is red in color.

16.     Based upon you the facts and circumstances contained in this affidavit your Affiant believes there is probable cause to issue arrest warrants for **ALEX ALEXNADER**, **ALVIN ALEXANDER**, and **ALLANTE ALEXANDER** for violating Title 18, United States Code, Section 2113 (Bank Robbery).

 

JAMES E. CHRISTIE JR.
Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before me this          day of May, 2014

ALAN KAY
United States Magistrate Judge